

FILED

APR 0 9 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>      vs.<br><br>JOHN CHRISTIAN WARD,<br><br>                    Defendant. | Case No. 17CR4255-LAB<br><br><br>JUDGMENT AND ORDER OF<br>DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☐   the Court has granted the motion of the Government for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Information:

18:2252(a)(4)(B); 18:2253 - Possession of Images of Minors Engaged in Sexually Explicit Conduct; Criminal Forfeiture

Dated:   4/9/2018

_____
Hon. Larry Alan Burns
United States District Judge